## General Civil and Domestic Relations Case Filing Information Form

☑ Superior or ☐ State Court of  Bulloch  County

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BULLOCH COUNTY, GEORGIA
**SUCV2023000141**
MM
MAY 23, 2023 01:14 PM

*Heather Banks McNeal*
Heather Banks McNeal, Clerk
Bulloch County, Georgia

**For Clerk Use Only**

Date Filed  05-23-2023
MM-DD-YYYY

Case Number  SUCV2023000141

**Plaintiff(s)**
Deal, Priscilla
Last  First  Middle I.  Suffix  Prefix
Deal, Terry D
Last  First  Middle I.  Suffix  Prefix

Last  First  Middle I.  Suffix  Prefix

Last  First  Middle I.  Suffix  Prefix

**Defendant(s)**
State Farm Fire and Casualty Company
Last  First  Middle I.  Suffix  Prefix

Last  First  Middle I.  Suffix  Prefix

Last  First  Middle I.  Suffix  Prefix

Last  First  Middle I.  Suffix  Prefix

Plaintiff's Attorney  Gohagan, Christopher R.    Bar Number  313902    Self-Represented ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☑ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____    _____
Case Number                  Case Number

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

EXHIBIT A

Version 1.1.20

# SUPERIOR COURT OF BULLOCH COUNTY
# STATE OF GEORGIA

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BULLOCH COUNTY, GEORGIA
**SUCV2023000141**
MM
MAY 23, 2023 01:14 PM

Heather Banks McNeal, Clerk
Bulloch County, Georgia

CIVIL ACTION NUMBER  SUCV2023000141

Deal, Priscilla
Deal, Terry D

**PLAINTIFF**

VS.

State Farm Fire and Casualty Company

**DEFENDANT**

## SUMMONS

TO: STATE FARM FIRE AND CASUALTY COMPANY

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Christopher R. Gohagan**
**Taulbee, Rushing, Snipes, Marsh & Hodgin**
**12 Siebald Street**
**PO Box 327**
**Statesboro, Georgia 30458**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 23rd day of May, 2023.**

Clerk of Superior Court

Heather Banks McNeal, Clerk
Bulloch County, Georgia

Page 1 of 1

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BULLOCH COUNTY, GEORGIA
**SUCV2023000141**
MM
MAY 23, 2023 01:14 PM

Heather Banks McNeal, Clerk
Bulloch County, Georgia

IN THE SUPERIOR COURT OF BULLOCH COUNTY
STATE OF GEORGIA

| | |
|---|---|
| PRISCILLA DEAL and <br> TERRY DALE DEAL, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM FIRE AND <br> CASUALTY COMPANY, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * CIVIL ACTION NO. _____ <br> * <br> * <br> * <br> * <br> * |

## COMPLAINT

COMES NOW PRISCILLA DEAL AND TERRY DALE DEAL (hereinafter "Deals" or "Plaintiffs"), as Plaintiffs, and file their Complaint against State Farm Fire and Casualty Company, as Defendant, and shows the Court the following:

### PARTIES, JURISDICTION, AND VENUE

1.

Plaintiffs Priscilla Deal and Terry Dale Deal are residents of Bulloch County, Georgia and reside at 1023 Red Fern Road, Statesboro, GA 30461.

2.

Defendant State Farm Fire and Casualty Company is an Illinois corporation actively engaged in business in the State of Georgia which may be served through its registered agent, Corporation Service Company, at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092.

3.

This Court has jurisdiction over this matter and the parties pursuant to O.C.G.A. § 9-10-91 and venue is proper pursuant to O.C.G.A. § 9-10-93 as the real property which is the subject of this suit is located in Bulloch County, Georgia.

## FACTS PERTINENT TO ALL COUNTS

4.

Plaintiffs are the named insured of a homeowner's insurance policy, Policy Number 81C7K7207 (hereinafter "Policy"), issued by Defendant.

5.

The Policy insures Plaintiffs' home located at 1023 Red Fern Road, Statesboro, GA 30461 (hereinafter "Property").

6.

At all times relevant to this action, Plaintiffs have made timely payment of all premiums and have never incurred a lapse in coverage under the Policy.

7.

On May 23, 2022, the Property was damaged when a tree fell onto the Property during a heavy storm.

8.

Plaintiffs immediately submitted a claim to Defendant for coverage under the Policy. The claim is designated as Claim Number 11-34L8-18G (hereinafter "Claim").

9.

The Claim was received by Defendant on May 24, 2022.

10.

Defendant has provided limited coverage for damages asserted in Plaintiffs' Claim.

11.

However, Defendant has failed and refused to provide coverage for other portions of Plaintiffs' claim.

12.

Plaintiffs and Defendant routinely communicated regarding the Claim from May of 2022 through December of 2022, after which time Defendant indicated that no further benefits would be paid under the Policy.

13.

On March 2, 2023 – more than 60 days prior to the filing of this action – Plaintiffs appealed Defendant's denial of coverage and notified Defendant that Plaintiffs would file an action for bad faith if full coverage was not provided.

14.

As of the date of this filing, significant portions of Plaintiffs' Claim remain unpaid.

15.

Due to the passage of time and Defendant's refusal to honor the Policy, Plaintiffs are left with no choice but to file this action for their covered damages to the Property.

## COUNT ONE: BREACH OF CONTRACT

16.

Plaintiffs reassert and reallege all previous paragraphs as if more fully set forth herein.

17.

The Policy was in effect on the date of loss.

18.

The Policy is clear and definite as to the covered parties, covered property, and covered claims.

19.

The Policy is free from fraud, misrepresentation, or mistake on the part of either party thereto.

20.

Plaintiffs have fully performed their obligations under the Policy.

21.

Defendant has a contractual duty under the Policy to pay for Plaintiffs' covered losses.

22.

Defendant lacks a reasonable basis to deny any portion of Plaintiffs' Claim under the Policy.

23.

Nevertheless, Defendant has refused to honor the Policy and pay Plaintiffs' Claim.

24.

Plaintiffs have been damaged as a direct and proximate cause of Defendant's breach of contract in an amount to be proven at trial.

## COUNT TWO: BAD FAITH REFUSAL TO INSURE

25.

Plaintiffs reassert and reallege all previous paragraphs as if more fully set forth herein.

26.

Under Georgia law, the bad faith refusal of an insurer to pay for covered losses under a policy of insurance following a demand for the same renders the insurer liable to the policy holder, in addition to the loss, for 50% of the insurer's liability and the reasonable attorney's fees of the insured. O.C.G.A. § 33-4-6.

27.

Plaintiffs have made a timely demand for coverage under the Policy and has notified Defendant of their intention to seek damages for bad faith if her Claim was not paid.

28.

Plaintiffs' claim has not been paid and Plaintiffs have been forced to incur attorney's fees and expenses to file this action.

29.

Defendant lacks a reasonable basis to deny any portion of Plaintiffs' Claim under the Policy.

30.

Defendant's refusal to honor the Policy and pay Plaintiffs' claim amounts to bad faith.

31.

Plaintiffs have been damaged as a direct and proximate cause of Defendant's bad faith in an amount to be proven at trial.

32.

In addition to Plaintiffs' covered losses, Defendant is liable for statutory damages and attorney's fees pursuant to O.C.G.A. § 33-4-6.

WHEREFORE Plaintiffs hereby request that service be made upon Defendant and that judgment be entered as follows:

  (a) For judgment in Plaintiffs' favor for all covered losses under the Policy;

  (b) For judgment against Defendant based upon its bad faith refusal to insure;

  (c) For statutory damages due to Defendant's bad faith refusal to insure;

  (d) For all attorneys' fees, costs and expenses of this litigation;

  (e) For a trial by jury on all issues requiring factual determination; and

  (f) For such other and further relief as this Court deems just and proper.

Respectfully submitted this 23rd day of May, 2023.

                                                  TAULBEE, RUSHING, SNIPES,
MARSH & HODGIN, LLC

*/s/ Christopher R. Gohagan*
CHRISTOPHER R. GOHAGAN
Georgia Bar No. 313902
*Attorney for Plaintiffs*

Post Office Box 327
Statesboro, Georgia 30459
(912) 764-9055

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BULLOCH COUNTY, GEORGIA
**SUCV2023000141**
MM
MAY 23, 2023 01:14 PM

Heather Banks McNeal, Clerk
Bulloch County, Georgia

STATE OF GEORGIA

COUNTY OF BULLOCH

## VERIFICATION

PERSONALLY APPEARED before me, an officer duly authorized by law to administer oaths, PRISCILLA DEAL, who after first being duly sworn, states that she has read the foregoing COMPLAINT and that the information contained therein is true and correct to the best of her knowledge.

_____
PRISCILLA DEAL

Sworn to and subscribed before me
this 23 day of May, 2023.

_____
Notary Public
My Commission Expires: _____

[Notary Seal: McKenzie Hodges, Notary Public, Bulloch County, Georgia, Commission Expires 04/03/2027]

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BULLOCH COUNTY, GEORGIA
**SUCV2023000141**
MM
MAY 23, 2023 01:14 PM

*Heather Banks McNeal*
Heather Banks McNeal, Clerk
Bulloch County, Georgia

STATE OF GEORGIA

COUNTY OF BULLOCH

## VERIFICATION

PERSONALLY APPEARED before me, an officer duly authorized by law to administer oaths, TERRY DALE DEAL, who after first being duly sworn, states that he has read the foregoing COMPLAINT and that the information contained therein is true and correct to the best of his knowledge.

_____
TERRY DALE DEAL

Sworn to and subscribed before me
this 23 day of May, 2023.

_McKenzie Hodges_
Notary Public
My Commission Expires: _____

[Notary Seal: McKenzie Hodges, Notary Public, Bulloch County, Georgia, My Commission Expires 04/03/2027]

THE SUPERIOR COURT OF BULLOCH COUNTY
STATE OF GEORGIA

SHERIFF'S ENTRY OF SERVICE

Civil Action No. SUCV2023000141

Date Filed May 23, 2023

Attorney's Address
Taulbee, Rushing, Snipes, Marsh & Hodgin
Attn: Christopher Gohagan
P.O. Box 327
Statesboro, GA 30459

Name and Address of Party to be Served
Corporation Service Center, Registered Agent of State Farm Fire & Casualty Co.
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

☐ Magistrate Court
☑ Superior Court   SUCV2023000141   MM
☐ State Court

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BULLOCH COUNTY, GEORGIA
SUCV2023000141
JUN 12, 2023 10:13 AM

Heather Banks McNeal, Clerk
Bulloch County, Georgia

Georgia, Bulloch County

Priscilla Deal & Dale Deal
_____ Plaintiff

vs.

State Farm Fire & Casualty Company
_____ Defendant

_____ Garnishee

**RESIDENTIAL**
I have this day served the Defendant _____ with a true copy of the within petition and summons by serving same upon _____, a person Sui Juris residing on the premises.
This ____ day of _____ 20___. _____, Deputy Sheriff

**CORPORATE**
I have this day served the Defendant State Farm Fire & Casualty Co., a corporation, with a true copy of the within petition and summons by handling the same in person to Alisha Smith, an officer of said corporation.
This 1 day of June 20 23. Sgt. Collins SO 500, Deputy Sheriff

**TACKED AND MAILED**
I have this day executed the within Affidavit and Summons by tacking a copy of the within process on the door of the premises designated in said action and also by depositing a true copy thereof in the United States mail in an envelope properly addressed to Defendant at his last known address with sufficient postage affixed.
This ____ day of _____ 20___. _____, Deputy Sheriff

**GARNISHEE**
I have this day at the hour of _____ served the Summons of Garnishment upon _____ by handling the original of same to _____ in person, he/she being _____ and agent in charge of _____ at the time of service in Bulloch County.
This ____ day of _____ 20___. _____, Deputy Sheriff

**MAILED**
This is to certify that I have this day served the Defendant _____ with a copy of the within Affidavit and Summons by depositing a copy of thereof in the United States mail, in an envelope properly addressed to Defendant at his last known address as shown in said Affidavit, with adequate postage affixed thereon.
This ____ day of _____ 20___. _____, Deputy Sheriff

**DILIGENT SEARCH**
Diligent search made and Defendant is not to be found in the jurisdiction of this court _____
This ____ day of _____ 20___. _____, Deputy Sheriff